FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 FEB 26 AM 9:32
CLERK C.Helen
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| HOWARD LEE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-006 |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Commissioner's final decision and **REMANDS** this case to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this ___ day of ____, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE